STATE of Missouri, Respondent,

v.

Michael D. HOLIWAY, Appellant.

WD 77393

Missouri Court of Appeals, Western District.

FILED: July 28, 2015

Andrew C. Hooper, Jefferson City, MO, for respondent.

Laura G. Martin, Kansas City, MO, for appellant.

Before Division Three: Lisa White Hardwick, Presiding Judge, Karen King Mitchell and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam

Michael Holiway appeals his conviction on the charge of financial exploitation of the elderly. He contends the circuit court erred in admitting evidence of his un-

charged bad acts, because the State was improperly allowed to use the evidence to demonstrate his propensity as a thief. After a thorough review of the record, we find no error and affirm the judgment of conviction. A formal published opinion would serve no jurisprudential purpose; however, a Memorandum explaining the reasons for our decision has been provided to the parties.

AFFIRMED. Rule 30.25(b).